# Exhibit 1



Em >

Jun 2, 2022 at 11:22 AM

Hey hi hello I have two science 101 questions—
1) do you need my presentation crafting skills still yes or no?
2) comp tickets are a thing yes or no?

1) still TBD
2) yes I gotchu

Okay I'm bringing my sister so I will only purchase 1 ticket thennnn

YAHTZEE

What is your address

Hahaha WHOOPS wrong person you're not Jon

Lmao I will accept gifts and or mail and or surprise visits

Careful what you wish for

Jun 10, 2022 at 11:34 PM

iMessage



Exhibit 2

 



Em ›

Aug 5, 2022 at 2:51 PM

Hey, are you doing okay?

I'm sorry that shit hit the fan like that

Uuuuuuuuuugh

Aug 5, 2022 at 6:54 PM

Em why did you leave the chat

You're a good friend and it is in no way anything against you, but I think you'll know what I mean where if there's any drama it becomes like an absolute circle jerk and it makes me so uncomfortable to be a part of. Like I've met so many friends because of this group, but like I just can't take it anymore from some of the people in it

Haha fair!

I hear you

 iMessage 

Exhibit 3

Em

need to tell me when so I can make sure no one else visits that weekend

How tf can you afford a guest room

How badly are you balling out over there geez

I live in a neighborhood that is like 85% old people, so walkups are weirdly affordable as a result I'm assuming

You love old people



Plus I'll fit right in!

Sep 7, 2022 at 1:10 PM

Hey have you ever modeled for stock photography

I have not

Go on...

iMessage





Em ›

I have not

Go on...

Because I SWEAR this man on book that my friend told me to read looks like you





It's a gay werewolf romance

I am speechless

He doesn't look like me tho

 iMessage 



Em >

He doesn't look like me tho

There is like an old picture of you making that face that I IMMEDIATELY thought of when he sent me this

I'll show you a picture if you promise not to share it

Okay now I'm scared

Show meeee



iMessage

10:54



Em ›



Why did you just send me the same picture I sent you

Lol





iMessage



12:02

Em >

Lol





Not all of us can be born with perfect fairy wood nymph vibes

Hahah I don't even know what that means

This is a top 10 compliment honestly





Oh! Also fyi my jaunt thru Chicago has been pushed back a couple weeks

Please lmk when you have the date!!

# Exhibit 4

# Em Meurer Insta story from 2/21/24





Exhibit 5

9:17



Em >

Jan 18, 2022 at 6:53 PM

I have an important question

I may have an important answer

If you were to rate a dinosaur's sexiness on like 3-6 metrics, what would those be

Finally a question that I have some expertise at, I will give you an answer when I get home

Okay I think there are two ways to consider this, which are like an evolutionary perspective and a horny perspective. Like from a theory on the evolution of beauty point of view, does this dinosaur prove that he can provide for you, that he is virile, and he looks good doing it? From a horny and personal to the viewer perspective: is he a predator (this would influence how he smells, the sense of danger, the personality), how big is he, does he give off the

iMessage

9:17



Em

big is he, does he give off the vibe that he could be a good listener? There's a lot to consider here but I think this is what it comes down to.

Yes I did put a lot of thought into this

THANK YOU FOR YOUR INPUT

I need to know what you're planning to do with this information

I am writing a dinosaur guide book for adults obvi

Because I am seriously like 4 seconds away from writing an essay about this because I have it outlined

Please credit me for this research thank youuuu

I'm not joking, I've done a lot of reading recently about niche romance writing and also sexual selection just for secret funsies

iMessage

9:17



Em

romance writing and also sexual selection just for secret funsies

A woman after my own heart!

Feb 8, 2022 at 3:46 PM



Because of course this made me think of you



iMessage

Exhibit 6



Exhibit 7



8:34

Em Meurer

Like he has told me that he is genuinely terrified that he will do something shitty and basically lose his career like [redacted] [redacted] did and I was like,,,,,, yeah you should check yourself dude

Okay that's wild that he's fearing that in that way because as shitty as he's been, I don't think he's going to rape anyone. Like that's not a career fuckup. That's something entirely different

You can come back from like light plagiarism/joke stealing

Wednesday, Jan 19, 2022 • 11:29 AM

Exhibit 8

 **Sarah Bowlin**
to me ▾

Hi Dustin,

Removing identifying info here as one person has requested. but, as you asked, these are the texts of the notes that came to the agency.

The first (with identifying information removed) arrived at 9:47 on 3/26 and an hour later it also went to our ACM general inbox:

"I'm writing to express my concern over your client, Dustin Growick.

This has not been an easy decision to come to in sending this email by any means, and I'm happy to elaborate on it more, but I just wanted to reach out about him and his upcoming book, *Rex Ed.*

Without going into too much detail, and in the hopes that I remain anonymous to him, I was a friend and collaborator with him for a few years... We no longer have contact with each other—following him using work that we created collaboratively without credit, and the later more serious concern of our friendship eventually turning into a grooming situation, when he discussed wanting to have sex with me to some of our mutual friends and put me into uncomfortable situations with him where it was clear that he was intending to do just that.

This experience really boils down to a conversation that I had with him where he told me that his biggest fear is that he will be publicly accused of sexual assault and lose his internet credibility—no one says that in innocence or out of the blue.

I recently connected with two other women who came forward to me with a similar story, and our fears that these are behaviors that he has repeated in the years that I've known him were confirmed to not be an anomaly. I do not take bringing this to you lightly at all, but Dustin has gone so far as to sexually assault at least one woman to my knowledge.

Allowing him to be shown to a young audience as a trustworthy figure does not sit right with me, given my experiences with him, and I am writing to request that you and Aevitas take steps to stop working with him as a client. I am also writing to request that any mentions or quotes referencing myself or my involvement from Dino 101, that were requested for me to provide by Dustin, be removed from the content of the book, should Aevitas continue to move forward with a working relationship with him. Dustin has continually shown a pattern of sexual harassment that is focussed on, but not limited to, very young women, and should not be given a platform to continue this behavior.

I've moved away from the world of science communication, a thing that I loved doing and was so passionate about, because of this situation with him, and I don't want that to ever happen to any person because of their interaction with him.

Thanks for your time, and I look forward to hearing back from you,"

Exhibit 9











# Exhibit 10



# Exhibit 11



okay I'm gonna give him the benefit of the doubt, maybe he just wants to date? But following that, we hung out and he told me that he has a really big fear of being accused of sexual assault and losing everything, which was a really really big red flag for me because no one JUST SAYS THAT?? After that, I was really cautious when it came to hanging out with him. I visited NY after the pandemic let up a little, and did science 101 with him, but every time I went without fail, he had this girl that I'm now kind of friends with there, who he met on only fans, who told me that he wanted to have a three way with us. The last time I saw him, I didn't have a lot to drink, but I blacked out, and that really feels like a weird coincidence that has never sat right with me. I haven't seen him since, but he has tried to come to Chicago and immediately backs out when I tell him that he can't stay with me.

I know this is a pattern of behavior from him, and I'm just so worried that he has done worse



I approve only this type of micromanaging ❤️

14:57

Hi! I know it's been a hot minute, but I just wanted to shoot you a quick message so that you know because he introduced us originally, but Dustin Growick essentially groomed and sexually harassed me for several years. I was recently put in touch with at least two other women and learned that he sexually assaulted one of them. We know that we aren't the only ones that he's done this to in some form or another.

I'm not sure if you've heard anything, but we've been working in the background to get in touch with people who work with him or we're friends with him to at least let them know what happened from our side. I'm happy to elaborate more, but just wanted to make you aware. If you could keep this completely anonymous at the moment if you tell anyone, that would be great, but you're welcome to let people know that's why he vanished from social media last night.

Exhibit 12





12:02

Em >

Well if Remy is also coming!!

JK JK

i have a guest room, you just need to tell me when so I can make sure no one else visits that weekend

How tf can you afford a guest room

How badly are you balling out over there geez

I live in a neighborhood that is like 85% old people, so walkups are weirdly affordable as a result I'm assuming

You love old people

Plus I'll fit right in!

Sep 7, 2022 at 10:10 AM

Hey have you ever modeled for stock photography

12:02



Em >

Lol





Not all of us can be born with perfect fairy wood nymph vibes

Hahah I don't even know what that means

This is a top 10 compliment honestly





Oh! Also fyi my jaunt thru Chicago has been pushed back a couple weeks

Please lmk when you have the date!!

