Docusign Envelope ID: EC16729B-D193-402F-B9DB-0EBE35523EC1

UNREDACTED COPY FOR THE COURT AND
DEFENDANT'S ATTORNEY'S EYES ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| DUSTIN GROWICK | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-01624 |
| | ) | |
| v. | ) | District Judge LaShonda A. Hunt |
| | ) | |
| EMILY ANN MEURER a/k/a | ) | Magistrate Judge Jennifer W. Appenteng |
| EM MEURER | ) | |
| | ) | |
| Defendant. | ) | |

I,     Jane Doe #1     declare the following:

1. I am an ███████████████████ I am currently pursuing my Ph.D. in science education.

2. I work within the field of "Sci Comm" or science communication, the purpose of which is to make science understandable and engaging for diverse audiences. ████████████ ████████████████████████████████████████

3. I have known Dustin Growick for about 8 years. We met each other because we were both affiliated with the Museum ██████████.

4. I worked with Dustin at ████████████████████████ ██████████, for about 1 year.

5. ████████████████████████████████████████. Dustin started hosting DINO 101 during the pandemic. It started as a show for all ages every afternoon then transitioned to an adults-only show that ██████████████████. DINO 101 can best be described as an educational game show where experts weighed in on various scientific topics while having a tremendous amount of fun.

1

*UNREDACTED COPY FOR THE COURT AND
DEFENDANT'S ATTORNEY'S EYES ONLY*

6. DINO 101 eventually went live and became Science 101, ███████████████████████████████████████████████████████████████████. Fans of DINO 101 often attended Science 101 via the livestream and in person, including people from outside New York City. ██ typically hosted after parties at local bars and lounges on show nights to socialize with audience members and friends who attended the show.

7. ██████ Science 101 ██████████████████████████████████████████████ ██, until the show was cancelled in March 2024 after what I believe was the targeted takedown of Dustin's career.

8. Over the eight years that I have known Dustin, I attended approximately a dozen museum parties where he was in attendance, participated in ██████ DINO 101 shows online and ██████████ Science 101 shows in person at Caveat.

9. I also traveled with ████████████████ with Dustin ████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████ These trips included hotel stays and after-hours events at the museums and local bars and restaurants.

10. I met Dustin when I was 25 years old and trying to break into the Sci Comm field. He was incredibly supportive in helping me find opportunities in the field, ████████████ ████████████████████████████.

11. Over the past eight years, Dustin has never treated me in a way that I found disrespectful or demeaning:

    a. I have never felt that Dustin was taking advantage of me in any way because of my age or gender.

    b. Dustin has not used any of my ideas or work without giving me credit.

2

*UNREDACTED COPY FOR THE COURT AND*
*DEFENDANT'S ATTORNEY'S EYES ONLY*

  c. Dustin has not made sexual advances towards me or engaged in any behavior that I would describe as sexual harassment.

  d. I have never felt that ███████████████████████ were dependent on me engaging in flirtatious behavior with Dustin or came with a price tag, such as an expectation of being anything more than friends.

  e. Dustin has not touched me inappropriately or made inappropriate advances towards me.

12. During the time that I have known and worked with Dustin, I have not once observed him engaging in behavior with any person that I would describe as sexual assault or sexual harassment. I have not observed Dustin engaging in behavior that I would deem suspect, such as plying women with drinks or gravitating towards women who are overly intoxicated. This includes at the afterparties ███ for Science 101, those we attended on the road, or any other social setting.

13. No women who worked with Dustin and me at ███████████████████ ███████, have ever reported to me that Dustin engaged in nonconsensual sexual contact with them, sexually harassed them, "co-opted" their work or took advantage of them in any way.

14. ███████████████████ DINO 101 with Dustin, Em Meurer regularly attended and participated in the show. She also appeared as a guest for the duration of one segment on a Science 101 show at Caveat on October 9, 2021.

15. I recall that Dustin also asked Em to ███████████████████████ ███████████████.

3

*UNREDACTED COPY FOR THE COURT AND
DEFENDANT'S ATTORNEY'S EYES ONLY*

16. From what I observed, Em was a fun person who enjoyed participating in the shows and was a big fan of Dustin's. During the shows, and at any point before and after them, I did not observe any interactions between Dustin and Em that I flagged as inappropriate.

17. Em and her sibling attended the Science 101 show on June 10, 2022. They also attended the afterparty. I spoke with Em and her sister briefly at the afterparty. Nothing about the conversation sticks out in my mind as unusual.

18. I remember noticing that Dustin spent most of the afterparty speaking to the woman he came and left with rather than fans or guests, including Em. I do not recall seeing Dustin speaking with Em that night for any significant duration of time. I did not see Dustin buy Em any drinks.

19. It is my understanding that Em has suggested that Dustin drugged her at the June 2022 after party because she "blacked out" that night. When I spoke with Em at the afterparty I did not observe any signs that she was overly intoxicated or nearing a blackout state. I find the claim that Dustin drugged someone shockingly inconsistent with anything I have ever observed him doing.

20. I also understand that Em has stated that Dustin should not be trusted around young people. During the time that ▮▮▮▮▮▮ the all ages DINO 101 show with Dustin, I observed an engaging, respectful and professional educator. I observed nothing that even remotely suggested Dustin cannot be trusted around young people. It was quite the opposite.

21. I respectfully request that the Court allow me to file a redacted copy of this declaration to the public docket which keeps my name and identifying details private. I make this request to protect my interest in maintaining my privacy as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4

Docusign Envelope ID: EC16729B-D193-402F-B9DB-0EBE35523EC1

*UNREDACTED COPY FOR THE COURT AND*
*DEFENDANT'S ATTORNEY'S EYES ONLY*

22. As a result of what I believe is Em's proliferation of false sexual and professional misconduct accusations against Dustin, he was cancelled as an individual and his career was destroyed. At the same time, ███████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2025.

Jane Doe #1

_____
Jane Doe #1

5